IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SECURITY INSURANCE COMPANY OF HARTFORD, et al.,

        Plaintiffs,

  v.

CIBUS INSURANCE SERVICES, INC., et al.,

        Defendants.
_____/

NO. CIV.S-05-2620 DFL DAD

ORDER

      This matter came before the court on June 23, 2006, for hearing on plaintiffs' motion to compel responses to written discovery. Brandon Chaves appeared on behalf of plaintiffs. Despite having been properly served with motion at his address of record, there was no appearance on behalf of the defendant from whom the discovery is sought, Jason Gamache. Nor did defendant Gamache, who is proceeding pro se, file opposition to the motion.

      Having considered all written materials submitted in connection with the motion, and after hearing oral argument, for the

1

reasons set forth on the record during the hearing, IT IS HEREBY ORDERED that:

    1. Plaintiffs' motion to compel is granted;

    2. Defendant Jason Gamache shall completely answer the interrogatories and respond to the request for production of documents served by plaintiffs;

    3. Defendant Gamache shall serve his written responses and all documents upon plaintiffs' counsel on or before July 7, 2006; and

    4. Plaintiffs' request for sanctions is denied at this time without prejudice to renewal should any further motion with respect to defendant Gamache's failure to respond to discovery requests prove necessary.

DATED: June 26, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
Dad1/orders.civil/securityinsurance2620.oah.062306