IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SECURITY INSURANCE COMPANY            NO.  CIV.S-05-2620 DFL DAD
OF HARTFORD, et al.,

      Plaintiffs,

  v.                                    ORDER

CIBUS INSURANCE SERVICES,
INC., et al.,

      Defendants.
_____/

      This matter came before the court on August 18, 2006, for hearing on plaintiffs' motion for sanctions pursuant to Federal Rule of Civil Procedure 37 due to defendant Jason Gamache's failure to comply with this court's discovery order filed on June 27, 2006. Robert L. Fleischman appeared on behalf of plaintiffs. Despite having been properly served with motion at his address of record, there was no appearance on behalf of the defendant Gamache. Nor did defendant Gamache, who is proceeding pro se, file any opposition to the motion.

Having considered all written materials submitted in connection with the motion, and after hearing oral argument, for the reasons set forth on the record during the hearing, IT IS HEREBY ORDERED that:

1. Defendant Jason Gamache shall be provided one final opportunity to completely answer the interrogatories and respond to the request for production of documents served by plaintiffs. In this regard, defendant Gamache shall serve his written responses and all documents upon plaintiffs' counsel within one week of the date of this order;

2. Defendant Gamache is directed to pay to plaintiffs their reasonable expenses incurred in litigating this discovery dispute in the amount of $5,332. Defendant Gamache shall pay such expenses within thirty (30) days of the date of this order; and

3. This matter is **SET** for a show cause hearing on **August 28, 2006, at 9:30 a.m.** in Courtroom 27, at which time defendant Gamache shall personally appear and show cause why the court should not strike the affirmative defenses plead in his answer due to his failure to comply with this court's June 27, 2006, discovery order. See Fed. R. Civ. P. 37(b)(2)(C).

DATED: August 18, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
Dad1/orders.civil/securityinsurance2620.oah.081806

2