1  FRIEDMAN DUMAS & SPRINGWATER LLP
   ROBERT L. FLEISCHMAN (S.B. NO. 80045)
2  CECILY A. DUMAS (S.B. NO. 111449)
   BRANDON C. CHAVES (S.B. 225595)
3  150 Spear Street, Suite 1600
   San Francisco, CA 94105
4  Telephone Number:  (415) 834-3800
   Facsimile Number:  (415) 834-1044
5

6  Attorneys for Plaintiffs
   SECURITY INSURANCE COMPANY OF
7  HARTFORD, THE FIRE & CASUALTY
   INSURANCE COMPANY OF CONNECTICUT,
8  THE CONNECTICUT INDEMNITY COMPANY

9              UNITED STATES DISTRICT COURT

10           EASTERN DISTRICT OF CALIFORNIA

11

12  SECURITY INSURANCE COMPANY        Case No. 2:05-CV-02620 DFL DAD
    OF HARTFORD, a corporation; The
13  FIRE & CASUALTY INSURANCE
    COMPANY OF CONNECTICUT, a
14  corporation; and THE CONNECTICUT   **STIPULATION RE PRE-TRIAL**
    INDEMNITY COMPANY, a corporation,  **SCHEDULING ORDER ; [PROPOSED]**
15                                     **ORDER**
                   Plaintiffs,
16                                     Trial Date: April 9, 2007
           vs.
17
    CIBUS INSURANCE SERVICES, INC.,
18  a corporation; GEORGE P. HAGOSIAN,
    an individual; and JASON A.
19  GAMACHE, an individual,

20                 Defendants.

21

22

23

24

25

26

27

28

                                    1

1.      On March 13, 2006, the Court entered a pre-trial scheduling order for the this case that established the following schedule:

| | |
|---|---|
| Designation of Experts | 9/13/06 |
| Supplemental and rebuttal expert disclosures | 9/20/06 |
| Completion of Discovery | 11/15/06 |
| Dispositive Motions | 12/20/06 |
| Hearing on Motions | 1/17/07 |
| Final Pre-Trial Conference | 3/2/07 |
| Trial | 4/9/07 |

2.      The parties, through their respective counsel, or in pro per as appropriate hereby stipulate to, and ask that the Court order, the following amended schedule:

| | |
|---|---|
| Designation of Experts | 10/25/06 |
| Supplemental and rebuttal expert disclosures | 11/1/06 |
| Completion of Discovery | 12/27/06 |
| Dispositive Motions | 1/31/07 |
| Hearing on Motions | 2/28/07 |
| Final Pre-Trial Conference | 4/13/07 |
| Trial | 5/21/07 |

{00257520.DOC v.1}        STIPULATION RE PRE-TRIAL SCHEDULING ORDER · [PROPOSED] ORDER

1                      IT IS SO STIPULATED.

2   Dated:  September 8, 2006         FRIEDMAN DUMAS SPRINGWATER LLP

3

4

5                       By:    /s/ Robert L. Fleischman

6                                Robert L. Fleischman
                               Cecily A. Dumas

7                                Brandon C. Chaves
                               Friedman Dumas & Springwater LLP

8                                150 Spear Street, Suite 1600
                               San Francisco, CA  94105

9                                Attorneys for Plaintiffs
                               SECURITY INSURANCE COMPANY OF

10                               HARTFORD, THE FIRE & CASUALTY
                               INSURANCE COMPANY OF

11                               CONNECTICUT, THE CONNECTICUT
                               INDEMNITY COMPANY

12

13   Dated:  September 8, 2006         LAW OFFICES OF MATTHEW WERTHEIM

14

15                       By:     /s/ Matthew Wertheim

16                                Matthew Wertheim
                               2135 Lombard Street

17                                San Francisco, CA  94123

18                                Attorney for defendant
                               GEORGE HAGOSIAN

19

20   Dated:  September 8, 2006         By:    /s/ Jason Gamache

21                                Jason Gamache
                               915 L Street, #255

22                                Sacramento, CA 95814

23                                IN PRO PER

24   Dated:  September 8, 2006         By:    /s/ John Jackson

25                                John Jackson
                               9610 Oak Leaf Way

26                                Granite Bay, CA 95746

27                                IN PRO PER

28

{00257520.DOC v 1}        STIPULATION RE: PRE-TRIAL SCHEDULING ORDER · [PROPOSED] ORDER

1

<u>ORDER</u>

2

3

    After having considered the Stipulation Re: Pre-Trial Order, the Declaration of Robert
L. Fleischman and good cause appearing therefore,

4

    IT IS ORDERED THAT:

5

    1.      Parties shall designate all expert witnesses upon whom they intend to rely no
later October 25, 2006.

6

7

    2.      Supplemental disclosure and disclosure if any Rebuttal experts shall be due by
November 1, 2006.

8

    3.      Discovery shall be completed by December 27, 2006.

9

    4.      Dispositive Motions shall be filed by January 31, 2007.

10

    5.      A Hearing on such Motions shall be held on February 28, 2007.

11

    6.      A Final Pre-Trial conference shall be held on April 11, 2007 at 4:00 P.M.

12

    7.      Trial will commence on May 21, 2007, at 9:00 AM.

13

    8.      All other provisions of the Courts Mach 13, 2006 Order shall remain in full
force and effect.

14

15

    DATED:  September 12, 2006

16

                                                            /s/ David F. Levi

17

                                                            **U.S. DISTRICT JUDGE**

18

19

20

21

22

23

24

25

26

27

28

4