```
JOHN JACKSON
9610 Oak Leaf Way
Granite Bay, California 95746
(916) 764-4124

Cross-Defendant/Counter Claimant
JOHN JACKSON, In Propria Persona
```

FILED
DEC - 1 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

LODGED
NOV 29 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SECURITY INSURANCE COMPANY OF HARTFORD, a corporation; THE FIRE & CASUALTY INSURANCE COMPANY OF CONNECTICUT, a corporation; and THE CONNECTICUT INDEMNITY COMPANY, a corporation,

Plaintiffs,

vs.

CIBUS INSURANCE SERVICES, INC., a California Corporation; GEORGE HAGOSIAN, an individual; JASON GAMACHE, an individual,

Defendants.

Case No. CV-02620-DFL/DAD

**STIPULATION FOR DISMISSAL; AND ORDER OF DISMISSAL**

Pursuant to the terms of a written Settlement Agreement, and pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1) and Federal Rule of Civil Procedure, Rule 41(c), cross-complainant JASON GAMACHE in pro per, hereby stipulate that the cross-complaint brought by JASON GAMACHE in this action as against John Jackson cross-defendant in pro per only be dismissed with prejudice, the parties bearing their own attorney's fees and costs.

///

///

///

1 | DATED: November 2l, 2006      JASON GAMACHE

By _____
JASON GAMACHE
In Propria Persona

DATED: November 28, 2006

By: _____
JOHN JACKSON
In Propria Persona

**ORDER OF DISMISSAL**

Pursuant to the terms of the foregoing stipulation, and in accordance with the provisions of the Federal Rule of Civil Procedure, Rule 41(a)(1) and Federal Rule of Civil Procedure, Rule 41(c), JASON GAMACHE cross complainant in pro per's cross complaint naming JOHN JACKSON cross defendant in pro per only is dismissed with prejudice, each party to bear their own fees and costs.

DATED: 12/1/06      By _____
JUDGE OF THE U.S. DISTRICT COURT