IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SECURITY INSURANCE COMPANY
OF HARTFORD, et al.,

    Plaintiffs,　　　　　　　　　　No. CIV S-05-2620 DFL DAD

  vs.

CIBUS INSURANCE SERVICES,
INC., et al.,

    Defendants.　　　　　　　　　　ORDER
_____/

        The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636, et seq., and Local Rule 72-302.

        On November 22, 2006, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days.  No objections to the findings and recommendations have been filed.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

/////

1. The findings and recommendations filed November 22, 2006, are adopted in full; and

2. The affirmative defenses pled in the answer of defendant Jason Gamache are stricken due to his failure to comply with the discovery order filed June 27, 2006.

DATED: 2/26/2007

_____
DAVID F. LEVI
United States District Judge