FRIEDMAN DUMAS & SPRINGWATER LLP
ROBERT L. FLEISCHMAN (S.B. NO. 80045)
CECILY A. DUMAS (S.B. NO. 111449)
BRANDON C. CHAVES (S.B. NO. 225595)
150 Spear Street, Suite 1600
San Francisco, CA 94105
Telephone Number:  (415) 834-3800
Facsimile Number:  (415) 834-1044

Attorneys for Plaintiffs
SECURITY INSURANCE COMPANY OF
HARTFORD, THE FIRE & CASUALTY
INSURANCE COMPANY OF CONNECTICUT,
THE CONNECTICUT INDEMNITY COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITY INSURANCE COMPANY OF HARTFORD, a corporation; The FIRE & CASUALTY INSURANCE COMPANY OF CONNECTICUT, a corporation; and THE CONNECTICUT INDEMNITY COMPANY, a corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>CIBUS INSURANCE SERVICES, INC., a corporation; GEORGE P. HAGOSIAN, an individual; and JASON A. GAMACHE, an individual,<br><br>Defendants. | Case No. 2:05-CV-02620 DFL DAD<br><br>**JUDGMENT IN FAVOR OF SECURITY INSURANCE COMPANY OF HARTFORD AGAINST JASON A. GAMACHE** |

Plaintiff Security Insurance Company of Hartford ("Security") and Defendant Jason A. Gamache ("Gamache") ( Security and Gamache, the "parties"), having entered into a Stipulation for Entry of Judgment wherein the parties stipulated and agreed to the existence of certain facts and to the issuance of this final judgment, and Gamache having authorized this Court to enter judgment in this action pursuant to the Stipulation for Entry of Judgment, on request from Plaintiff without further notice to Gamache, and good cause therefore, the Court being fully informed in the matter, enters judgment as follows:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Judgment in the amount of Nine Hundred Thousand Dollars ($900,000.00) is entered in favor of Security Insurance Company of Hartford and against defendant Jason A. Gamache on Plaintiff's Third Cause of Action for Breach of Fiduciary Duty.

2. Judgment in the amount of Nine Hundred Thousand Dollars ($900,000.00) is entered in favor of Security Insurance Company of Hartford and against defendant Jason A. Gamache on Plaintiff's Fourth Cause of Action for Tortious Interference with Contract.

3. Judgment in the amount of Nine Hundred Thousand Dollars ($900,000.00) is entered in favor of Security Insurance Company of Hartford and against defendant Jason A. Gamache on Plaintiff's Fifth Cause of Action for Negligent Misrepresentation.

4. Judgment in the amount of Nine Hundred Thousand Dollars ($900,000.00) is entered in favor of Security Insurance Company of Hartford and against defendant Jason A. Gamache on Plaintiff's Sixth Cause of Action for Conversion.

5. The Court orders Jason A. Gamache to pay Security Insurance Company of Hartford Nine Hundred Thousand Dollars ($900,000.00).

Dated: June 6, 2007       /s/ David F. Levi
                          UNITED STATES DISTRICT COURT JUDGE